IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-6-MEF |
| | ) | |
| JEREMY CHRISTOPHER MCWHORTER | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed January 23, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, Montgomery, Alabama, commanding it to deliver Jeremy Christopher McWhorter to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on February 27, 2008, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this the 23rd day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE