IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:08CR6-MEF |
| ) | |
| JEREMY CHRISTOPHER MCWHORTER ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   MONTGOMERY COUNTY JAIL
                                  MONTGOMERY , ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **JEREMY CHRISTOPHER MCWHORTER**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of MONTGOMERY on **February 27, 2008, at 10:30 A.M.**, to answer charges pending in said court and for such other proceedings as may appear proper to the court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 23rd day of January, 2008.

                                            DEBRA P. HACKETT, CLERK
                                            UNITED STATES DISTRICT COURT
                                            MIDDLE DISTRICT OF ALABAMA

                                            BY: _[signature]_
                                            Deputy Clerk