IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 2:08cr0006-MEF |
| | ) | |
| JEREMY C. McWHORTER | ) | |

**ORDER**

It is ORDERED that, pursuant to the Defendant's *Motion to Suppress* (filed 3/12/2008, Doc. #12), a hearing is set for **3/19/2008 at 9:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. If the defendant is in custody, the Marshal shall produce the defendant for the hearing.

DONE this 14th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE