IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0006-MEF |
| | ) | |
| JEREMY C. MCWHORTER | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **JEREMY C. MCWHORTER**, by undersigned counsel, Michael J. Petersen, and pursuant to 18 U.S.C. § 3161(h), respectfully moves this Court to continue this matter from April 7, 2008 trial docket.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, and will permit undersigned counsel to properly investigate this matter in order to advise Mr. McWhorter as to the ramifications of either a trial or a negotiated settlement, or an open plea, based on the following circumstances:

1.  The attorney for the Government in this case, Matthew Shepherd, Esq., does not oppose this motion.

2.  On January 9, 2008, a two-count Indictment was returned against Mr. McWhorter alleging violations of 21 U.S.C. §841(a)(1) and 18 U.S.C. §924(c)(1)(A)(I).

3.  On January 23, 2008 a Writ of Habeas Corpus ad Prosequendum was issued for Mr. McWhorter, and an Arraignment was set for February 27, 2008. (Doc #6). At the Arraignment, Mr. McWhorter entered pleas of not guilty as to both counts contained in the Indictment. (Doc #8). The Order on Arraignment required that discovery be tendered by the Government on March 7, 2008. (Doc #9).

4. On March 12, 2008, undersigned counsel filed a Motion to Suppress in the instant matter. (Doc #12).

5. On March 14, 2008, this Court set a hearing on the Defendant's Motion to Suppress for March 19, 2008 at 9:00 a.m. before the Honorable Terry Moorer. The Government's response is due on March 17, 2008. The issues raised in said motion are likely to be dispositive.

6. Notice of Intent to Change Plea pursuant to Rule 11(c)(1)(A) or (c)(1)(C), Federal Rules of Criminal Procedure must be filed on or before noon on March 26, 2008.

7. Undersigned counsel needs additional time to adequately prepare for trial or negotiate a pretrial resolution of this matter. As such, a continuance is essential to complete investigation this case. Such investigation cannot be completed by the March 26, 2008 date by which Notice of Intent to Change Plea must be filed in this matter pursuant to Rule 11(c)(1)(A) or (c)(1)(C), Federal Rules of Criminal Procedure.

8. In addition, the evidentiary hearing on the Motion to Suppress is set for March 19, leaving only seven (7) days before the date by which Notice of Intent to Change Plea must be filed in this matter pursuant to Rule 11(c)(1)(A) or (c)(1)(C), Federal Rules of Criminal Procedure. This would not allow sufficient time for Mr. McWhorter to properly respond to a Report and Recommendation should the hearing be decided against him. Such a result will substantially impact upon Mr. McWhorter's decision to either try the instant matter in this Court, or to negotiate a plea agreement.

9. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521(11thCir. 1984),*reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and

to interview all potential witnesses in order to adequately prepare a defense to the charges contained in the Indictment or to negotiate a plea agreement. Without such a continuance, undersigned counsel would be deficient in his professional responsibilities if he were to go forward without having completely reviewed and discussed the ramifications of either plea or trial with his client

**WHEREFORE**, based upon the foregoing, the Defendant, by and through undersigned counsel moves this Court for an Order continuing this matter to this Court's next regular Northern Division trial term in order to properly pursue an investigation and make an informed decision as to whether to proceed to trial or negotiate a pre-trial resolution of this matter.

Dated this 14th day of March, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0006-MEF |
| | ) | |
| JEREMY C. MCWHORTER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M