IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-CR-006-MEF |
| | ) | |
| JEREMY CHRISTOPHER MCWHORTER | ) | |
| | ) | |

**UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to continue the suppression hearing currently scheduled for this Wednesday, March 19, 2008, at 9:00 a.m. The undersigned attorney for the Government is presently trying another criminal matter before a federal jury sitting under the direction of Judge Fuller in Dothan, Alabama, and he expects that the trial will not be finished in time for him to participate in the hearing. The Government accordingly requests a suitable continuance in this case. Counsel for the defendant does not oppose this motion.

Dated: March 17, 2008

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Matthew W. Shepherd*
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | CR. NO.  2:08-CR-006-MEF |
| ) | |
| JEREMY CHRISTOPHER MCWHORTER   ) | |
| ) | |

CERTIFICATE OF SERVICE

I, Matthew W. Shepherd, Assistant United States Attorney, hereby certify that on this the 17th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which served a copy upon Michael Petersen, Esq., counsel for the defendant.

Respectfully submitted,

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: matthew.shepherd@usdoj.gov