IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 2:08-cr-06-MEF |
| | ) | |
| JEREMY C. McWHORTER | ) | |

## **ORDER**

Pending before the Court is the Government's *Unopposed Motion to Continue Suppression Hearing* (Doc. 17, filed March 17, 2008). For good cause, it is **ORDERED** that the motion is **GRANTED**.

The Suppression Hearing scheduled for March 19, 2008 is reset for **April 1, 2008 at 9:30 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. If the defendant is in custody, the Marshal shall produce the defendant for the hearing.

DONE this 18th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE