IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:08-cr-006-MEF |
| ) | |
| JEREMY C. McWHORTER ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's objection (Doc. #27) to the Recommendation of the Magistrate Judge filed on May 1, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #25) filed on April 18, 2008 is adopted;

3. The defendant's motion to suppress (Doc. #12) is DENIED.

DONE this the 12th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE