```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   **v.** )    **CASE NO. 2:08cr6-MEF**
)
**JEREMY CHRISTOPHER MCWHORTER** )

<u>**MOTION TO STRIKE FORFEITURE ALLEGATION-2**</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby moves this Court to strike "forfeiture allegation-2" from the indictment returned January 9, 2008.

A proposed Order is filed herewith.

Respectfully submitted this 21st day of July, 2008.

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

                          **/s/Tommie Brown Hardwick**
                          TOMMIE BROWN HARDWICK
                          Assistant United States Attorney
                          Bar Number: ASB4152 W86T
                          131 Clayton Street
                          Montgomery, Alabama 36104
                          Phone: (334) 223-7280
                          Fax: (334) 223-7135
                          E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**   )
                               )
    **v.**                        )   CASE NO. 2:08cr6-MEF
                               )
**JEREMY CHRISTOPHER MCWHORTER**   )

O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the "forfeiture allegation-2" is hereby stricken.

DONE this ____ day of _____, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE