### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:08-CR-0006-MEF** |
| | ) | |
| **JEREMY C. MCWHORTER** | ) | |

### MOTION IN LIMINE TO EXCLUDE ALLEGATIONS
### THE DEFENDANT MAY HAVE BEEN INVOLVED IN A SHOOTING

**NOW COMES** the Defendant, Jeremy C. McWhorter, by and through undersigned counsel and pursuant to Rules 402 and 403 of the Federal Rules of Evidence, and moves the Court to prohibit the Government from introducing or referring in any manner to the following, during any trial in this cause:

1. Any allegation that other crimes were committed at the same time as or in connection with the offenses charged in this indictment;

2. Any allegation that another crime may have been committed the day before the offenses charged in this indictment, specifically, allegations that Mr. McWhorter may or may not have been in a group of individuals when shots were fired at a building;

3. Any reference to any aspect of the defendant's criminal record, including arrests, convictions, or uncharged allegations.

Any such references would be irrelevant and not material to the issues raised by this indictment. Further, even if relevant, any probative value of such evidence would be outweighed by the danger of unfair prejudice, confusion of the issues and the danger or misleading the jury and causing undue delay and waste of time.

WHEREFORE, for the foregoing reasons, this Court should grant the motion in limine and issue an Order prohibiting the government from mentioning in opening statement, or closing argument, and refrain from offering into evidence or soliciting any testimony from any witness regarding an alleged shooting which may have occurred the day before Mr. McWhorter was arrested.

Dated this 21st day of July, 2008.

    Respectfully submitted,

    s/ Michael J. Petersen
    MICHAEL J. PETERSEN
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: michael_petersen@fd.org
    ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:08-CR-0006-MEF** |
| | ) | |
| **JEREMY C. MCWHORTER** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M