IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-006-MEF |
| | ) | |
| JEREMY CHRISTOPHER McWHORTER | ) | |

## **O R D E R**

Upon consideration of defendant's Motions in Limine (Doc. #41 & #42) filed on July 21, 2008, it is hereby

ORDERED that the government show cause in writing on or before July 25, 2008 as to why the motions should not be granted.

DONE this the 22nd day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE