IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0006-MEF |
| | ) | |
| JEREMY C. MCWHORTER | ) | |

## **ORDER**

Upon consideration of the Defendant's Motion to Dismiss Indictment or in the Alternative to Exclude Evidence (Doc. # 44), it is hereby

ORDERED that the Government shall file a brief in response to the Defendant's motion on or before 7:00 a.m. on Monday, July 28, 2008.

It is further ordered that a hearing is set on the motion at 9:00 a.m. on July 28.

Done this 25th day of July, 2008.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE