IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02:08CR0006-MEF |
| | ) | |
| JEREMY C. MCWHORTER | ) | |

**GOVERNMENT'S RESPONSE TO MOTION IN LIMINE TO EXCLUDE TESTIMONY
REGARDING THE DEFENDANT'S SPECIAL COURT MARTIAL**

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and submits this response to the Defendant's Motion

in Limine to Exclude Testimony Regarding the Defendant's Special Court Martial.  The United

States does not oppose the motion and does not intend to introduce any evidence or testimony at trial

during its case-in-chief regarding the Defendant's conviction at a Special Court-Martial for Indecent

Assault while in the United States Marine Corps.  However, should the Defendant or another defense

witness testify as to the Defendant's good character or military service, the United States intends to

cross-examine such witnesses regarding the Defendant's court-martial conviction and the conduct

underlying it, as permitted by Federal Rule of Evidence 405(a).

WHEREFORE, with the reservation described above, the United States does not oppose

the Defendant's Motion in Limine to Exclude Testimony Regarding the Defendant's Special

Court Martial.

Respectfully submitted this 25h day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
            v.                  )        CR. NO. 02:08CR0006-MEF
                                )
JEREMY C. MCWHORTER             )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to Michael

Petersen, Esq., attorney for the defendant Jeremy C. McWhorter.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
matthew.shepherd@usdoj.gov

3