IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     CASE NO. 2:08-cr-006-MEF
     )
JEREMY CHRISTOPHER McWHORTER )

**O R D E R**

On July 28, 2008, the Defendant made an oral motion to continue the trial of this case during a motion hearing with the Court and counsel on Defendant's Motion to Dismiss Indictment Or In the Alternative to Exclude Evidence (Doc. # 44).

While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

Based on the evidence presented and legal argument made at the hearing on the motion to continue, the court concludes that a continuance of this case is warranted and that

the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991) (reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1.  That the Defendant's motion to continue made on July 28, 2008 is GRANTED;

2.  That the trial of this case is continued from the July 28, 2008 trial term to the October 20, 2008 trial term in Montgomery, Alabama.

3.  That the Defendant's Motion to Dismiss Indictment Or In the Alternative to Exclude Evidence (Doc. # 44)  is DENIED.

4.  That the Magistrate Judge conduct a pretrial conference prior to the October 20, 2008 trial term.

5.  That the Defendant may file a Motion to Reopen the Suppression Hearing on or before August 18, 2008.

DONE this the 29th day of July, 2008.

 /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

2