IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0006-MEF |
| | ) | |
| JEREMY C. MCWHORTER | ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO
FILE MOTION TO REOPEN SUPPRESSION HEARING**

**COMES NOW** the Defendant, **JEREMY C. MCWHORTER**, by undersigned counsel, Michael J. Petersen, and and respectfully moves this Court for a seven day extension of time to file the Defendant's Motion to Reopen the Suppression Hearing. As grounds for this Motion, the Defendant avers as follows:

1. The attorney for the Government in this case, Matthew Shepherd, Esq., does not oppose this motion.

2. On July 28, 2008, this Court granted the Defendant's oral Motion to Continue Trial. (Doc #54).

3. Also on July 28, 2008, this Court Ordered that any Motion to Reopen the Suppression Hearing be filed by the Defendant on or before August 18, 2008. (Doc #54).

4. Undersigned counsel has served *ex parte* subpoenas upon the Custodian of Records for the Montgomery Police Department, relating to information necessary to a possible motion to reopen the suppression hearing.

5. Undersigned counsel has communicated with the City Attorney's office for the City of Montgomery regarding the subpoenas. While some of the requested information has been

provided to the undersigned, the remainder will not be available until the week of the 18th of August.

6. Undersigned counsel believes that the information which has not yet been provided is essential to preparation of a motion to reopen the suppression hearing.

7. The Defendant therefore requests a seven-day extension of time to file a Motion to Reopen the Suppression Hearing.

**WHEREFORE**, based upon the foregoing, the Defendant, by and through undersigned counsel moves this Court for an Order extending the time to file a Motion to Reopen the Suppression Hearing to on or before August 25, 2008.

Dated this 14th day of August, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:08-CR-0006-MEF** |
| | ) | |
| **JEREMY C. MCWHORTER** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M