IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
v.                             )          CASE NO. 2:08-cr-006-MEF
                               )
JEREMY C. McWHORTER            )

## O R D E R

Upon consideration of defendant's Unopposed Motion to Extend Time to File Motion

to Reopen Suppression Hearing (Doc. #63) filed on August 14, 2008, it is hereby

ORDERED that the motion is GRANTED to and including August 25, 2008.

DONE this the 15th day of August, 2008.


                            /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE